1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Ronald Michael Balandran

7

8

9
                       **UNITED STATES DISTRICT COURT**
10
                       **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | RONALD MICHAEL BALANDRAN, | ) Case No.: ED CV 13-313-PLA
   |                            | )
13 |         Plaintiff,         | ) ORDER AWARDING EQUAL
   |                            | ) ACCESS TO JUSTICE ACT
14 |     vs.                    | ) ATTORNEY FEES AND EXPENSES
   |                            | ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting  | ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security, | ) U.S.C. § 1920
16 |                            | )
   |         Defendant          | )
17 |                            | )
   |_____| )
18

19     Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21     IT IS ORDERED that fees and expenses in the amount of $4,100.00, as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:    March 12, 2014

24                                          _____
                                            THE HONORABLE PAUL L. ABRAMS
25                                          UNITED STATES MAGISTRATE JUDGE

26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Young Cho*
   _____
4  Young Cho
   Attorney for plaintiff Ronald Michael Balandran

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26